Argued and submitted February 28, reversed and remanded March 22, 1995

# STATE OF OREGON,
*Appellant,*

*v.*

# LARK CHARLES LOGAN,
*Respondent.*

(93081444C; CA A84120)

891 P2d 1384

Jonathan H. Fussner, Assistant Attorney General, argued the cause for appellant. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Hari Nam S. Khalsa, Deputy Public Defender, argued the cause for respondent. With him on the brief was Sally L. Avera, Public Defender.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.

PER CURIAM

Reversed and remanded. *State v. Conner,* 132 Or App 478, 888 P2d 1087, *on recon* 133 Or App 594, 891 P2d 1384 (1995).